# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILLIP FREDERICK, <u>et</u> <u>al.</u>,** | : | |
|     **Plaintiffs** | : | No. 1:13-cv-0661 |
| | : | |
|     v. | : | **(Judge Kane)** |
| | : | |
| **ANTHONY BARBUSH,** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, on this 14th day of July 2015, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Defendant's motion for summary judgment (Doc. No. 43 ) is **GRANTED**. All other motions pending in this action are **DENIED AS MOOT**. The Clerk of Court is directed to enter judgment in favor of Defendant and to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
